# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GLENN AUSTIN ROBINSON,**

        **Plaintiff,**

**-vs-**                                  **Case No. 6:11-cv-249-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Complaint filed by Plaintiff on February 15, 2011 (Doc. No. 1), for judicial review of the final decision of the Commissioner of the Social Security Administration (the Commissioner) to deny his claim for social security benefits.

On January 23, 2012, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the Commissioner's decision be affirmed. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

   3. The Clerk is directed to enter judgment in accordance with this order and thereafter close the file.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on February 10, 2012.

                                                                _____
                                                                GREGORY A. PRESNELL
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party